**COOLEY LLP**
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
JINYOUNG LEE (359885)
(jinyounglee@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:     (415) 693 2000
Facsimile:     (415) 693 2222


Attorneys for Plaintiff
GOOGLE LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC, a Delaware limited liability company, | Case No. 5:25-cv-2642 |
| Plaintiff, | **PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (FED. R. CIV. P. 7.1 AND CIVIL L.R. 3-15)** |
| v. | |
| YANIV ASAYAG, an individual; and DOES 1–20, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Google LLC discloses the following: Google LLC ("Google") is a subsidiary of XXVI Holdings, Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1    1.   Google LLC.

2    2.   XXVI Holdings, Inc., Holding Company of Google.

3    3.   Alphabet Inc., Holding Company of XXVI Holdings, Inc.

4    Dated:  March 19, 2025                    **COOLEY LLP**
                                              WHITTY SOMVICHIAN (194463)
5                                             REECE TREVOR (316685)
                                              JINYOUNG LEE (359885)
6

7

8                                             By: */s/ Whitty Somvichian*
                                                      Whitty Somvichian

9                                             Attorneys for Plaintiff
                                              GOOGLE LLC
10