COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
JINYOUNG LEE (359885)
(jinyounglee@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Plaintiff
GOOGLE LLC

YANIV ASAYAG
(office.eagleservices@gmail.com)
4611 Naples Avenue
Beltsville, MD 20705-1830

*Pro Se* Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YANIV ASAYAG, an individual; and DOES 1–20,<br><br>　　　　　Defendants. | Case No. 5:25-cv-02642-SVK<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

Plaintiff Google LLC ("Google") and *Pro Se* Defendant Yaniv Asayag ("Defendant") (collectively "Parties"), hereby stipulate and agree as follows pursuant to Civil Local Rule 6-1(a):

WHEREAS, Google filed this action on March 19, 2025 ("Complaint," ECF No. 1);

WHEREAS, Google served the summons and the Complaint, along with all other papers required under the Federal Rules of Civil Procedure and the Local Rules, upon Defendant on March 21, 2025;

WHEREAS, Defendant's deadline to respond to the Complaint is April 11, 2025, pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure;

WHEREAS, on March 25, 2025, Google consented to Judge van Keulen's jurisdiction to conduct all further proceedings in this case;

WHEREAS, at Defendant's request, the parties have agreed to extend Defendant's deadline to respond to the Complaint until May 12, 2025;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties that Defendant's deadline to respond to the Complaint is extended to May 12, 2025.

**IT IS SO STIPULATED.**

Dated: April 3, 2025                                COOLEY LLP

By: */s/ Whitty Somvichian*
    Whitty Somvichian

Attorneys for Plaintiff
GOOGLE LLC

Dated: April 3, 2025                                YANIV ASAYAG

By: */s/ Yaniv Asayag*
    Yaniv Asayag

*Pro Se* Defendant

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 3, 2025

By: /s/ Whitty Somvichian
Whitty Somvichian