COOLEY LLP
WHITTY SOMVICHIAN (194463)
(wsomvichian@cooley.com)
REECE TREVOR (316685)
(rtrevor@cooley.com)
JINYOUNG LEE (359885)
(jinyounglee@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff
GOOGLE LLC

MAURICE D. PESSAH (SBN: 275955)
maurice@pessahgroup.com
LILIBET M. BEHDADNIA (SBN: 337356)
lbehdadnia@pessahgroup.com
PESSAH LAW GROUP, PC
9100 Wilshire Blvd., Suite 850E
Beverly Hills, CA 90212
Tel: (310) 772-2261

Attorneys for Defendant,
YANIV ASAYAG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC, a Delaware limited liability company,<br><br>         Plaintiff,<br><br>    v.<br><br>YANIV ASAYAG, an individual; and DOES 1–20,<br><br>         Defendants. | Case No. 5:25-cv-02642-EKL<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**AS MODIFIED** |

Plaintiff Google LLC ("Google") and Defendant Yaniv Asayag, hereby stipulate and agree as follows pursuant to Civil Local Rules 6-1(b) and 6-2:

WHEREAS, Google filed this action on March 19, 2025 ("Complaint," ECF No. 1);

WHEREAS, Mr. Asayag filed his Motion to Dismiss the Complaint on June 11, 2025 ("Motion," ECF No. 15), pursuant to the parties' joint stipulation and the Court's Order extending Defendant's deadline to respond to the Complaint (ECF Nos. 10, 12 & 13);

WHEREAS, the case was reassigned to District Judge Eumi K. Lee on June 13, 2025 ("Reassignment Order," ECF No. 20);

WHEREAS, the deadline to file a joint Case Management Statement was reset to September 3, 2025, and the Case Management Conference was reset to September 17, 2025 at 1:30 p.m. (ECF No. 21);

WHEREAS, pursuant to the Reassignment Order, and after consultation with the Court's Courtroom Deputy, the parties hereby give notice that Mr. Asayag's Motion to Dismiss is scheduled for hearing on ~~September 3, 2025~~;

WHEREAS, the parties have agreed to extend Google's deadline to respond to Mr. Asayag's Motion to Dismiss pursuant to Local Rule 7-3(a) or Rule 15(a) of the Federal Rules of Civil Procedure until **July 30, 2025**, and Mr. Asayag's deadline to file a reply pursuant to Local Rule 7-3(c) to **August 20, 2025**;

NOW, THEREFORE, IT IS FURTHER STIPULATED by and between the parties, subject to approval of the Court, that the briefing schedule for Mr. Asayag's Motion to Dismiss is extended as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Google's Response to MTD | 06/25/2025 | 07/30/2025 |
| Mr. Asayag's Reply | 07/02/2025 | 08/20/2025 |

**IT IS SO STIPULATED.**

///

///

///

Dated: June 24, 2025					COOLEY LLP


							By: */s/ Reece Trevor*
							    Reece Trevor

							Attorneys for Plaintiff
							GOOGLE LLC


Dated: June 24, 2025					PESSAH LAW GROUP, PC


							By: */s/ Maurice D. Pessah*
							    Maurice D. Pessah
							    Lilibet M. Behdadnia

							Attorneys for defendant Yaniv Asayag

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 24, 2025


							By: */s/ Reece Trevor*
							    Reece Trevor

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

IT IS FURTHER ORDERED:  The hearing on Defendant's Motion to Dismiss (ECF No. 15) is set for Wednesday, September 17, 2025 at 10am in-person in Courtroom 7, 4th Floor.

Dated:  June 26, 2025

_____
Hon. Eumi K. Lee
United States District Judge